UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON EARL FRANKLIN,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF JIM McDONNELL, et al.,<br><br>Defendants. | NO. CV 16-1192-CAS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected and Defendants replied. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) Defendants' motion for summary judgment is granted; and (2) judgment is entered dismissing this action without prejudice for failure to exhaust remedies.

DATED: 1/9/2019

CHRISTINA A. SNYDER
United States District Judge