JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON EARL FRANKLIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHERIFF JIM McDONNELL, et al.,<br><br>　　　　Defendant. | NO. CV 16-1192-CAS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants motion for summary judgment is granted and the entire action is dismissed without prejudice for failure to exhaust remedies.

DATED: 1/9/2019

　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　United States District Judge